IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **BENJAMIN ALLI and SHAKI ALLI,** | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 5:17-cv-11221-JEL-APP |
| **CREDENCE RESOURCE MANAGEMENT, LLC** | § | |
| Defendant. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Credence Resource Management, LLC ("CRM"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that CRM and plaintiffs, Benjamin Alli and Shaki Alli("plaintiffs"), have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, CRM and Plaintiffs will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Robert G. Knirsch
Robert G. Knirsch
OH Bar No. 0080770
Sessions, Fishman, Nathan & Israel, LLC
2647 Eaton Road
University Heights, OH 44118
Telephone: (216) 410-8739
Facsimile: (216) 823-0524
Email: rgknirsch@sessions.legal
*Attorney for Defendant,*
*Credence Resource Management, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2017, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the following parties of record by the Court's electronic filing system:

Anthony P. Chester
Hyde & Swigart
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone: (952) 225-5333
Facsimile: (800) 635-6425
E-mail: tony@westcoastlitigation.com
*Attorney for Plaintiffs*

/s/ Robert G. Knirsch
Robert G. Knirsch